FORM A

Rev. 1/07

**CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER**
**UNDER 42 U.S.C. § 1983 or**
**UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS***

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**

Laura D Brier

_____

(Full name of the Plaintiff(s) in this action)

v.

McCracken Co. Jail
McCracken Co Jail Medical

_____

_____

(Full name of the Defendant(s) in this action)

FILED
JAMES J. VILT, JR. - CLERK
MAY 24 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

CIVIL ACTION NO. 5:23-CV-75-JHM
(To be supplied by the clerk)

(X) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

**I.  PARTIES**

**(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Laura D Brier

Place of Confinement: McCracken Co Jail

Address: 400 Clarence Gaines St. Paducah, Ky 42002

Status of Plaintiff: CONVICTED (✓)  PRETRIAL DETAINEE ( )

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (·__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant  Scott Wilson  is employed as  Doctor  at  McCracken Co Jail .

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(2) Defendant  Mellany  is employed as  Nurse  at  McCracken Co Jail .

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(3) Defendant  Zoey  is employed as  Guard  at  McCracken Co Jail .

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(4) Defendant  David Knight  is employed as  Jailer  at  McCracken Co Jail .

The Defendant is being sued in his/her (__) individual and/or (X) official capacity.

2

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (X)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

I was put in 142 at McCracken County jail 11-07-2022. Toward the end of the month I caught something, which several people in the cell got sick. I couldn't bring myself to wake up @ 4:am in the morning to get a sick call slip & they will not give them @ 4pm. I got moved into WA and still did not feel good & told nurses. I ended up falling out on floor. I landed on my back and hit my head. The black nurse Christy took me to nurses station in wheel chair. Gave me ice for the knot on my head and I went back to cell. This was 12/2/22. On 12/6/22 after showing Nurse Mellany my back she ordered a X-ray, where I told her my back, neck and hip, and leg were hurting. She said my back was swollen to the eye. She had my ® shoulder X-rayed but when I asked why and told her (Mellany) that wasn't where the pain was she said nothing can be done about it on my ® side because it had been damaged before. Her comment is not true & my medical has been neglected.

2/24/23 5:05pm Mellany just came to give meds and I have inhaler & inmate in front of me said something & Mellanie said she was done and walked off. I only take inhaler when I need it and the guard Jennifer was w/ her and just looked really puzzled... Inmat in front was Makayla Linley

## III. STATEMENT OF CLAIM(S) continued

On 1/20/23 while in McCracken Co jail, housed in WA we were served supper, which consisted of meat, rice, beans, piece of cake, and soft shell. Taco Friday. ~~I mixed my~~ I was mixing meat, rice, and beans when I discovered a hair in my food. I went to the door and got a guard to come it was officer Webb & Zoey. I showed the hair to Mr. Webb and he said I could have another tray. Zoey said I couldn't have more bread & cake I said that's fine. I never came so when Long came to pick up trays I told her what was said. At approximately 7:42pm Zoey came and called me to the cell door & asked why did I tell Long that she said I could have my tray. I said that wasn't what was said and explained I said she (Zoey) said I couldn't have my cake and bread. So when I finished I looked at Zoey and asked was I gonna get my food and she said no and slammed the door in my face. Since then I have been cursed by Zoey several times & denied change out clothes that fit me.

IV. **RELIEF**

State exactly what you want the Court to do for you. If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must file your claim under 28 U.S.C. §§ 2241, 2254 or 2255. The Plaintiff(s) want(s) the Court to:

__X__ award money damages in the amount of $ _132,000.00 plus Surgery Cost_

_____ grant injunctive relief by_____

_____ award punitive damages in the amount of $_____

_____ other: _____

V. **DECLARATION UNDER PENALTY OF PERJURY**
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This _18_ day of _May_, 20_23_

_[signed] Laura N Jones_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)

6

Laura Porier
McCracken Co jail
400 Clarence Gaines St
Paducah Ky 42003

5:23-cv-75-SHM

UNCENSORED JAIL MAIL
McCracken County
REGIONAL JAIL

FILED
JAMES J. VILT, JR. - CLERK
MAY 24 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Clerks Office
501 Broadway, Suite 127
Paducah, Ky. 42001-6801

